COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
  
  
  
  
 IN RE:  ROSALIO B.
 GAMON, 
  
 Relator.                    
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
  
  
 
 
  
  
                                    
 No.
 08-13-00006-CV
  
 AN ORIGINAL
 PROCEEDING
  
 IN MANDAMUS
  
 
 


MEMORANDUM OPINION

 

Relator, Mr. Rosalio B. Gamon, has filed a pro se petition for writ of mandamus
requesting that this Court order the Honorable Linda Chew, Judge of the 327th
District Court, to take action as set forth in his petition.

            To
obtain relief through a writ of mandamus, a relator must establish that no
other adequate remedy at law is available and that the act he seeks to compel
is ministerial.  State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at
Texarkana, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007).  An act is ministerial if it does not involve
the exercise of discretion.  State ex rel. Hill v. Court of Appeals for
the Fifth District, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001).  Based on the petition and record provided,
Mr. Flores has not demonstrated that he is entitled to mandamus relief.  See
Tex. R. App. P. 52.8.  Accordingly, the petition is denied.

 

                                                                        GUADALUPE
RIVERA, Justice

January 16, 2013

 

Before McClure, C.J., Rivera, and Rodriguez, JJ.